O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RONALD PENROSE,

     Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

     Defendant.

) Case No. EDCV 09-01923-OP
)
)
) JUDGMENT
)
)
)
)
)
)

  Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

  IT IS ADJUDGED that Judgment be entered reversing the decision of the Commissioner of Social Security and remanding this matter for further administrative proceedings consistent with this Memorandum Opinion.


DATED:  August 4, 2010

          _____
          HONORABLE OSWALD PARADA
          United States Magistrate Judge